# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DONALD L. VANDYK,
Plaintiff,

Case No. 1:17-cv-785
Litkovitz, MJ

vs.

CENTRAL USA WIRELESS, et al.,
Defendant.

**ORDER**

This matter is before the Court upon the parties' Joint Motion for Court Approval of Settlement (Doc. 21) and the hearing on the motion held on March 8, 2019. The Joint Motion asks the Court to approve as fair and reasonable the proposed settlement of this case as memorialized in the parties' Settlement Agreement (the "Settlement Agreement").

The Court finds that the proposed settlement is fair, reasonable, and eliminates the cost and uncertainty of further litigation of Plaintiff's claims, including Plaintiff's unpaid overtime claim. The settlement satisfies the standard for approval of settlements under §16(b) of the Fair Labor Standards Act, 29 U.S.C. §216(b), and resolves the potential for a bona fide dispute under the FLSA and/or applicable Ohio law.

Accordingly, having reviewed the Settlement Agreement and the pleadings and papers on file in this case, and for good cause established therein, the Court enters this Order approving the settlement of this matter, including the settlement payments, as such terms are set forth in the parties' Settlement Agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: _3/8/19_

Karen L. Litkovitz
United States Magistrate Judge